# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-1669
_____

D.B., Father of B.B., Minor
Child,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Okaloosa County.
Keith Brace, Judge.

July 10, 2018

PER CURIAM.

    AFFIRMED.

MAKAR, OSTERHAUS, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Ryan Thomas Truskoski of Ryan Thomas Truskoski, P.A., Orlando, for Appellant.

Sarah J. Rumph of Children's Legal Services, Tallahassee, David J. Gregors of Guardian ad Litem Program, Tallahassee, and Thomasina F. Moore of Guardian ad Litem Program, Sanford, for Appellee.